UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. J., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>        Defendants. | Case No.  24-cv-00693-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *F. et al v. CooperSurgical, Inc. et al* (Case No. 4:24-cv-00643-JST).

**IT IS SO ORDERED.**

Dated: March 27, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**