UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S.,<br><br>            Plaintiff,<br><br>   v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>            Defendants. | Case No. 24-cv-02031-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On April 3, 2024, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jon S. Tigar to determine whether it is related to E.F. v. CooperSurgical, Inc., 24-cv-00643-JST.

**IT IS SO ORDERED.**

Dated: April 5, 2024

Donna M. Ryu
United States Magistrate Judge