UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.O., et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>   Defendants. | Case No. 24-cv-02042-RS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *E.F. v. CooperSurgical, Inc.*, No. 4:24-cv-00643-JST.

**IT IS SO ORDERED.**

Dated: May 1, 2024

_____
RICHARD SEEBORG
Chief United States District Judge