UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE OXENDINE, et al., | Case No.  24-cv-02168-JD |
| Plaintiffs, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| THE COOPER COMPANIES, INC., et al., | |
| Defendants. | |

The Court refers this case to the Honorable Jon S. Tigar to determine whether it is related to *F. v. CooperSurgical, Inc.*, 24-cv-00643-JST.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  May 2, 2024

_____
JAMES DONATO
United States District Judge