UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA O'BRIEN, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>THE COOPER COMPANIES, INC., et al.,<br><br>         Defendants. | Case No. 3:24-cv-02580-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Jon S. Tigar to determine whether it is related to *F. v. CooperSurgical, Inc.*, 24-cv-00643-JST.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: May 9, 2024

JAMES DONATO
United States District Judge