Jenny A. Covington SBN 233625
Molly Jean Given (Admitted Pro Hac Vice)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1600 Utica Avenue South, Suite 600
Minneapolis, MN 55416
Telephone:   (612) 464-7626
Facsimile:    (612) 255-7499
Email: jenny.covington@nelsonmullins.com
          mollyjean.given@nelsonmullins.com

Jennifer T. Persky SBN 274804
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:   (424) 221-7400
Facsimile:    (424) 221-7499
Email: jennifer.persky@nelsonmullins.com

Attorneys for Defendants
THE COOPER COMPANIES, INC.
and COOPERSURGICAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.F., an individual; and G.H., an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 4:24-CV-00643-JST <br><br> **JOINT STIPULATION TO EXTEND THE PARTIES' TIME TO RESPOND** <br><br> Assigned to: Judge Jon S. Tigar |

| | |
|---|---|
| Q.R., an individual; and S.T., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 24-cv-00689-JST |
| I.J., an individual; K.L., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 24-cv-00693-JST |
| M.N., an individual; O.P., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 24-cv-00696-JST |

| | |
|---|---|
| A.B., an individual; C.D., an individual<br><br>    Plaintiffs,<br><br>        v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 4:24-cv-01061-JST |
| J.B., an individual; M.B., an individual<br><br>    Plaintiffs,<br><br>        v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:24-cv-01085-JST |
| CLF 001, an individual; CLF 002, an individual,<br><br>    Plaintiffs,<br><br>        v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 24-cv-01192-JST |

| | |
|---|---|
| CLF 003, an individual; CLF 004, an individual<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 24-cv-01193-JST |
| CLF 005, an individual; CLF 006, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 24-cv-01194-JST |
| J.S., an individual; A.S., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-01353-JST |

| | | |
|---|---|---|
| 1 | J.K., an individual; L.M., an individual, | Case No. 3:24-cv-01680-JST |
| 2 | Plaintiffs, | |
| 3 | | |
| 4 | v. | |
| 5 | COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | JAMIE WOODS AND LEE WOODS, | Case No. 4:24-cv-1745-JST |
| 9 | Plaintiffs, | |
| 10 | | |
| 11 | v. | |
| 12 | COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | BROOKE OXENDINE, an individual, and MICHAEL OXENDINE, an individual, | Case No. 3:24-cv-02168-JST |
| 16 | | |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-10, inclusive, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | A.A., an individual, | Case No. 4:24-cv-02582-JST |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | THE COOPER COMPANIES, INC.; COOPERSURGICAL, INC.; and DOES 1-10, inclusive, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

| | |
|---|---|
| R.S.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 24-cv-02031-JST |

　　　　Pursuant to Civil Local Rule 6, Plaintiffs in the above-captioned related cases ("Plaintiffs") and Defendants CooperSurgical Inc. and The Cooper Companies, Inc. ("Defendants") (collectively, the "Parties"), hereby stipulate and agreed to extend the deadlines for the Parties to respond in each matter, stating as follows:

　　　　WHEREAS, Plaintiffs filed Complaints in the above-captioned related cases in the United States District Court in the Northern District of California;

　　　　WHEREAS, Defendants were served with Plaintiffs' Complaints in these matters;

　　　　WHEREAS, the Parties previously agreed and filed stipulations to extend the deadlines for Defendants to respond to Plaintiffs' Complaints in five of the above-captioned related cases;

　　　　WHEREAS, Defendants have filed Motions to Dismiss in six of the related cases, and Plaintiffs' responsive deadlines in those matters have also been extended by stipulation;

　　　　WHEREAS, issues related to personal jurisdiction and venue are threshold issues common to all the related cases;

　　　　WHEREAS, at the Case Management Conference on May 6, 2024, the Court directed the Parties to address issues of personal jurisdiction and venue through an initial round of briefing in one of the related matters, *Kearsten Walden and Zachary Walden v. CooperSurgical, Inc. et al.*, Case No. 4:24-cv-00903-JST;

　　　　WHEREAS, the Court's Order following the *Walden* briefing will likely affect all the related cases;

WHEREAS, pursuant to the Court's guidance that an efficient use of judicial and party resources would be to brief threshold issues of personal jurisdiction and venue prior to other issues, the Parties stipulate to this extension on all deadlines in the remaining related cases;

WHEREAS, the Parties agreed to extend the Parties' time to respond in the above-captioned related cases until after the *Walden* briefing concludes so the Parties may rely on the Court's Order;

WHEREAS, the Plaintiffs anticipate seeking jurisdictional discovery and amending their complaints if needed following the Court's Order in *Walden*, and Defendants oppose jurisdictional discovery;

WHEREAS, by entering into this stipulation, Defendants do not hereby waive any arguments they may have concerning personal jurisdiction and venue;

WHEREAS, the requested extension will not prejudice any party and will not impact the timely resolution of this matter;

NOW, THEREFORE, the Parties stipulate to extending the time for the Parties to respond in the above-captioned related cases until and including:

a. If the Court grants the *Walden* motion to dismiss with leave to amend and/or grants Plaintiffs' request for jurisdictional discovery, **September 3, 2024**; or

b. If the Court denies the *Walden* motion to dismiss, within 21 days of the date of the entry of the Order denying.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 29, 2024

 /s/ *Tracey B. Cowan*  
Tracey B. Cowan  
**CLARKSON LAW FIRM, P.C.**  
95 3rd St., 2nd Floor  
San Francisco, CA 94103  
Telephone: (213) 788-4050  
Facsimile: (213) 788-4070  
Email: tcowan@clarksonlawfirm.com  

Ryan J. Clarkson  
Shireen M. Clarkson  
Olivia Eve Davis  
**CLARKSON LAW FIRM, P.C.**

 /s/ *Sarah R. London*  
Sarah Robin London  
Tiseme Gabriella Zegeye  
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**  
275 Battery Street, 29th Floor  
San Francisco, CA 94111-3339  
Telephone: (415) 956-1000  
Facsimile: (415) 956-1008  
Email: tzegeye@lchb.com  
Email: slondon@lchb.com

| | | |
|---|---|---|
| 1 | 22525 Pacific Coast Highway | Hannah R. Lazarz (*pro hac vice* |
| 2 | Malibu, CA 90265 | *forthcoming*) |
|   | Telephone: (213) 788-4050 | hlazarz@lchb.com |
| 3 | Facsimile: (213) 788-4070 | **LIEFF CABRASER** |
|   | Email: rclarkson@clarksonlawfirm.com | **HEIMANN &** |
| 4 | Email: sclarkson@clarksonlawfirm.com | **BERNSTEIN, LLP** |
|   | Email: odavis@clarksonlawfirm.com | 222 2nd Avenue South, St 1640 |
| 5 | | Nashville, TN  37201-2379 |
| 6 | *Attorneys for Plaintiffs E.F. and G.H.; Q.R. and* | Telephone:  615.313.9000 |
|   | *S.T.; I.J. and K.L.; M.N. and O.P.; CLF 001 and* | Facsimile:  615.313.9965 |
| 7 | *CLF 002; CLF 003 and CLF 004; CLF 005 and* | |
|   | *CLF 006* | *Attorneys for Plaintiffs Kearsten Walden* |
| 8 | | *and Zachary Walden; Jamie Woods and* |
|   | | *Lee Woods; Brooke Oxendine and* |
| 9 | | *Michael Oxendine; and A.A.* |

1  /s/ *Dena C. Sharp*                       /s/ *Adam B. Wolf*
Dena C. Sharp (State Bar No. 245869)    Adam Brett Wolf
Adam E. Polk (State Bar No. 273000)    **PEIFFER WOLF CARR KANE**
Nina R. Gliozzo (State Bar No. 333569)  **CONWAY & WISE, LLP**
**GIRARD SHARP LLP**                    555 Montgomery Street, Suite 820
601 California Street, Suite 1400       San Francisco, CA 94111
San Francisco, CA 94108                 Telephone: (415) 766-3545
Telephone: (415) 981-4800               Email: awolf@peifferwolf.com
Facsimile: (415) 981-4846
Email: dsharp@girardsharp.com           Melisa Rosadini-Knott
Email: apolk@girardsharp.com            **PEIFFER WOLF CARR KANE**
Email: ngliozzo@girardsharp.com         **CONWAY & WISE, LLP**
                                        3435 Wilshire Blvd., Suite 1400
*Counsel for Plaintiffs A.B. and C.D.; J.K. and*  Los Angeles, CA 90010
*L.M.; R.S.*                            Telephone: 323-982-4109
                                        Email: mrosadini@peifferwolf.com

                                        Corey Morgenstern
                                        Michael A. Rose
                                        **HACH & ROSE LLP**
                                        112 Madison Avenue, 10th Floor
                                        New York, NY 10016
                                        Telephone: 212-779-0057
                                        Email: csmorgenstern21@gmail.com
                                        Email: info@hachroselaw.com

                                        *Attorneys for Plaintiffs J.B. and M.B.*


 /s/ *Joseph M. Lyon*
Joseph M Lyon
**THE LYON FIRM**

1 | 9210 Irvine Center Drive
2 | Irvine, CA 92618
  | Telephone: 513-381-2333
3 | Facsimile: 513-766-9011
  | Email: jlyon@thelyonfirm.com
4
  | *Attorneys for Plaintiffs J.S. and A.S.*
5

|   |   |
|---|---|
| 1 |  /s/ Jenny A. Covington |
| 2 | Jenny A. Covington<br>**NELSON MULLINS RILEY &** |
| 3 | **SCARBOROUGH LLP**<br>1600 Utica Avenue South, Suite 600 |
| 4 | Minneapolis, MN 55416<br>Telephone: (612) 464-7626 |
| 5 | Facsimile: (612) 255-0739<br>Email: |
| 6 | jenny.covington@nelsonmullins.com |

Carolyn Taylor
Roger Gallic Perkins
**Clark Hill, LLP**
One American Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460
Email: ctaylor@clarkhill.com
Email: rperkins@clarkhill.com

Elizabeth Ann Evans
David M. Perl
**Clark Hill, LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: 213-891-9100
Email: eevans@clarkhill.com
Email: dperl@clarkhill.com

*Counsel for Defendants, CooperSurgical, Inc. and The Cooper Companies, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Jon S. Tigar
United States District Court Judge

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 29, 2024                  */s/ Jenny A. Covington*
                                     Jenny A. Covington

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: May 29, 2024              */s/ Jenny A. Covington*
                                 Jenny A. Covington

4890-8291-8591