UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. D., et al.,<br>   Plaintiffs,<br>v.<br>COOPERSURGICAL, INC., et al.,<br>   Defendants. | Case No. 24-cv-03527-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *E.F. v. CooperSurgical, Inc.*, 24-cv-00643-JST.

**IT IS SO ORDERED.**

Dated: June 12, 2024

THOMAS S. HIXSON
United States Magistrate Judge