UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. F., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COOPER COMPANIES, INC., et al.,<br><br>        Defendants. | Case No. 24-cv-03530-LJC<br>*Also Filed in Case No. 24-cv-00643-JST*<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *E.F. v. CooperSurgical, Inc.*, No. 24-cv-00643. Any party may file a response addressing whether the cases are related no later than June 17, 2024. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

**IT IS SO ORDERED.**

Dated: June 12, 2024

LISA J. CISNEROS
United States Magistrate Judge