UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE COOPER COMPANIES, INC., et al., <br><br> Defendants. | Case No. 24-cv-03536-VC <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Jon S. Tigar for consideration of whether the case is related to *E.F. v. Cooper Surgical, Inc.*, No. 4:24-cv-00643-JST.

**IT IS SO ORDERED.**

Dated: 7/12/2024

_____
VINCE CHHABRIA
United States District Judge